# Court of Appeals
# of the State of Georgia

ATLANTA, __August 26, 2021__

*The Court of Appeals hereby passes the following order:*

**A22A0025. IN THE INTEREST OF B. N., A CHILD (MOTHER).**

The juvenile court entered an order terminating the mother's parental rights to her minor child, and it later denied her motions for new trial. The mother has appealed directly to this Court. Pursuant to OCGA § 5-6-35 (a) (12), however, appeals from orders terminating parental rights must be brought by filing an application for discretionary review. See *In the Interest of K. R.*, 285 Ga. 155 (674 SE2d 288) (2009). The mother's failure to file an application for discretionary review deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __08/26/2021__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.* Stephen E. Castlen